RECEIVED
CLERK'S OFFICE

2018 AUG -3  PM 2: 57

U.S. DISTRICT COURT
MIDDLE DIST. OF GEORGIA
MACON. GEORGIA

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA

FILED

2018 AUG 3: _____
CLERK U.S. DISTRICT COURT
MACON, GA

Civil Action No. **5 : 18-CV- 285**

---

EMERICK ARNOLD,

Plaintiff,

v.

MARK KUSHINKA,

Defendant.

---

## PLAINTIFF'S EMERGENCY MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

The United States of America, pursuant to Section 15 of the Clayton Act, 15 U.S.C. § 25, Section 4 of the Sherman Act, 15 U.S.C. § 4, and Rule 65 of the Federal Rules of Civil Procedure, moves the Court for entry of a Temporary Restraining Order and Preliminary Injunction enjoining defendant Mark Kushinka, Tax Commissioner for Houston County Georgia, and all persons acting on its behalf, from disposing of, or auctioning of any asset of the Estate of Eunice Arnold, pending entry by the Court of a final judgment in this action.

This motion is based on the following grounds:

1. On October 15, 2017, the Plaintiff tendered a Promissory Note in the amount of $647.00 for an alleged tax debt against the Estate of Eunice Arnold under the provisions of the Official Code of Georgia Title 11-3-605, and received by the Houston County Tax Commissioners office as evidenced by USPS Certified Mail # 7017 1070 0000 2225 6428.
2. This receipt was acknowledged by the County Attorney stating the Promissory note was not valid proving receipt.
3. To this date, Mark Kushinka has failed to return the note.

4. Under the provisions of OCGA 11-3-802, the debt is discharged
5. Unless enjoined by this Court, Defendant Kushinka plans to destroy, dispose of, the assets of the estate of Eunice Arnold before this Court can enter a final judgment.
6. Defendant has scheduled the property to go up for sale on August 6, 2018.
7. There is a substantial likelihood that Plaintiff will establish at trial that the promissory note was valid and the alleged debt was discharge.
8. Granting the requested preliminary relief will serve the public interest.
9. This Court has authority under Section 15 of the Clayton Act, 15 U.S.C. § 25, and Section 4 of the Sherman Act, 15 U.S.C. § 4, to issue the requested preliminary relief.
10. Pursuant to Federal Rule of Civil Procedure 65(c), neither the United States nor any officer or agency of the United States is required to post a bond as a prerequisite to the issuance of an injunction.

WHEREFORE, the United States prays that the Defendant and all persons acting on its behalf be enjoined from destroying, disposing of, the assets of the Estate of Eunice Arnold, pending entry by the Court of a final judgment in this action.

Respectfully submitted,

/s/ EMERICK ARNOLD

106 Emerald Park Dr
Macon GA 31211

(478) 3384279
(478) 238-5614 (fax)
rick18a@yahoo.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 3rd day of August, 2018, I will hand deliver the foregoing document to the following :

Mark Kushinka
Tax Commissioner of Houston County
200 Carl Vinson Parkway
Warner Robins GA 31088

EMERICK ARNOLD

(478) 3384279
(478) 238-5614 (fax)
rick18a@yahoo.com